# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASIM AHMED<br>Z-46 STREET 40 PHASE 3 DHA<br>LAHORE, PUNJAB<br>PAKISTAN<br><br>ARZOO NASIM<br>36437 Tulane Dr.<br>Sterling Height MI 48312<br><br>Plaintiffs<br><br>Against<br><br>JOSH GLAZEROFF, in his official capacity as U.S. Consul General, U.S. Embassy Islamabad Diplomatic Enclave, Ramna 5 Islamabad, Pakistan<br><br>Defendant | **Case No.:** 19-cv-1293<br><br>COMPLAINT |

## DESCRIPTION OF ACTION

1. This is an action brought by plaintiffs, ARZOO NASIM and NASIM AHMED to compel a decision on NASIM AHMED'S application for an immigrant visa which has been pending with the U.S. Consul General in Islamabad, Pakistan, for over four years, as well as to bring to a conclusion the unspecified "Administrative Processing" in pertaining to NASIM AHMED's Immigration case.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, ARZOO NASIM, is a citizen of the United States.

4. The plaintiff, NASIM AHMED, is a citizen of the Pakistan.

5. The Defendant JOSH GLAZEROFF is the Consul General at the U.S. Embassy in Islamabad, and as such has the authority to issue immigrant visas.

## BRIEF STATEMENT OF RELEVANT FACTS

6. On 2014, USCIS approved ARZOO NASIM's Petition for Immigrant (Form I-130) to classify her father, NASIM AHMED as immigrant under 201(b) of the

    Immigration and Nationality Act (INA).

7. On August 4, 2014, National Visa Center issued an Affidavit of Support (AOS) Processing Fee Bill invoice in Case number ISL2014665010.

8. On November 23, 2014, NASIM AHMED file a form DS 260, Case number ISL2014665010: Confirmation Number AA0049F310, with the National Visa Center.

9. On August 20, 2015, NASIM AHMED was interviewed at the U.S. Embassy in Islamabad regarding his application for an immigrant visa.

10. Shortly thereafter NASIM AHMED was informed that his case had been in Administrative Processing for unspecified reasons.

11. NASIM AHMED filed a Form DS 260 again on May 23, 2017; and September 24, 2018 with the National Visa Center, Case number ISL2014665010: Confirmation Number AA0049F310.

12. Form I-601 on behalf of NASIM AHMED was approved on March 28, 2017. Case Number: LIN1690602326 A095396999

13. Form I-212 on behalf of AHMED NASIN approved on March 28, 2017. Case Number:  LIN1690602327 A095396999

## COUNT I

THE CONSUL GENERAL HAS BREACHED HIS DUTY TO NASIM AHMED TO MAKE A FINAL DECISION ON HIS IMMIGRANT VISA APPLICATION WITHIN A REASONABLE TIME.

14. JOSH GLAZEROFF, Consul General of the U.S. Embassy in Islamabad, is an officer of the United States Department of State, an agency of the United States government.

15. The Consul General of the U.S. Embassy in Islamabad owes a duty to NASIM

AHMED to make a decision regarding his immigrant visa application within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16. The over four years in which this application has been pending with the Consul General of the U.S. Embassy in Islamabad and/or his predecessor(s), is well beyond the time which is reasonably required to adjudicate it.

17. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

18. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

19. The Ninth Circuit has held that consulates may be required to issue or refuse a visa:

> A consular office is required by law to act on visa applications. Under 22 C.F.R. § 42.81, "[w]hen a visa application has been properly completed and executed before a consular officer in accordance with the provision of INA and the implementing regulations, the consular officer shall either issue or refuse the visa. Every refusal shall be in conformance with the provisions of 22 C.F.R. 40.6." In addition, the section is entitled, "Issuance or refusal mandatory."

*Patel v. Reno*, 134 F.3d 929, 932 (9th Cir. 1997)

## RELIEF REQUESTED

20. WHEREFORE it is respectfully requested that the Court find that an adjudication of NASIM AHMED's application for a visa to have been unreasonably delayed and compel Defendant, the Consul General of the U.S. Embassy in Islamabad, to adjudicate NASIM AHMED'S application for an immigrant visa in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

21. WHEREFORE it is respectfully requested that the Court find that the "Administrative

Processing" of the Petition for Immigrant upon behalf of NASIM AHMED to be unreasonably delayed and compel said Defendant to complete their "Administrative Processing" of this petition in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this 26th day of May, 2019

s/ Michael E. Piston MI 002
Attorney for the Plaintiffs
225 Broadway Ste 307
New York, NY 10007
646-845-9895
Fx: 206-770-6350